# EXHIBIT A



# PHILLIPS MUSHROOM FARMS

P.O. BOX 190
1011 KAOLIN ROAD
KENNETT SQUARE, PA 19348
(610) 444-4492

# INVOICE

REPRINT
844966

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499 e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

SHIP TO:
COLORADO MUSHROOM FARMS
P.O. BOX 2002
ALAMOSA, CO 81101

"Past due invoices shall accrue interest at 1 1/2% per month. If overdue accounts are referred to an attorney, you agree to pay our attorney's fees plus the costs of all legal action as an additional charge under the contract of sale covered by this invoice. Additionally, all interest and attorney's fees are sums owing in connection with the produce transaction."

TERMS: Net 10 Days From Date of Delivery

PRODUCT OF U.S.A. (unless otherwise indicated)

| SHIP DATE | VIA | CHARGES | CUSTOMER CODE | YOUR P.O. NO. | SALESMAN |
|---|---|---|---|---|---|
| 05/25/17 | *MUSHROOM EXPRES | | COLORA | | 01 |

| QUANTITY SHIPPED | DESCRIPTION | UNIT | PRICE | AMOUNT |
|---|---|---|---|---|
| 600 | 10LB WHITE BUTTON | | 14.00 | 8400.00 |
| 2400 | 10LB WHITE MEDIUM | | 14.00 | 33,600.00 |

3000 PCS

INVOICE TOTAL: 42000.00

# PHILLIPS MUSHROOM FARMS

1011 KAOLIN ROAD • KENNETT SQUARE, PA 19348
(610) 444-4822

**844966**

SOLD TO: Colorado Mushroom Farms

TERMS: NET 10 DAYS FROM DATE OF DELIVERY

DATE SHIPPED: 05/26/17

SHIPPED VIA: XPI/UEX

☐ PHILLIPS   PO#

| QTY. | DESCRIPTION | ADJ. | QTY. | DESCRIPTION | ADJ. | QTY. | DESCRIPTION | ADJ. |
|---|---|---|---|---|---|---|---|---|
| | 3LB BOX SHIITAKE #1 | | | 3LB SHIITAKE-ORGANIC | | | 12-8OZ BABY BELLA | |
| | 5LB BOX SHIITAKE #1 | | | 5LB SHIITAKE-ORGANIC | | | 10-10OZ BABY BELLA | |
| | 3LB BOX SHIITAKE #2 | | | 6-3.5OZ SHIITAKE-ORGANIC | | | | |
| | 5LB BOX SHIITAKE #2 | | | 5LB PORTABELLA-ORGANIC | | | | |
| | 3LB BOX LG SHIITAKE | | | 6-6OZ SLICED PORT-ORGANIC | | | 6PK VARIETY | |
| | 3LB SLICED SHIITAKE | | | 6-6OZ PORT CAP-ORGANIC | | | 12PK VARIETY | |
| | | | | 6-6OZ SLICED/CAP-ORG. | | | 12PK ENOKI - PRODUCT OF KOREA | |
| | | | | 6-8OZ BABY BELLA-ORGANIC | | | 6PK GOURMET BLEND/WILD BUNCH | |
| | 3LB BOX OYSTER | | | 12-8OZ BABY BELLA-ORGANIC | | | 3LB WILD BUNCH SLICED | |
| | 5LB BOX OYSTER | | | 6-8OZ WHITE-ORGANIC | | | 3LB WILD BUNCH WHOLE | |
| | | | | 12-8OZ WHITE-ORGANIC | | | 4 1/2 LB BULK COMBO | |
| | 5LB CRIMINI | | | 12-8OZ WHITE SLICED-ORGANIC | | | 5LB GOURMET BLEND/WILD BUNCH | |
| | 5LB SLICED CRIMINI | | | 5LB CRIMINI-ORGANIC | | | | |
| | 10LB CRIMINI | | | | | | 3LB BEECH | |
| | | | | 6-3.5OZ SHIITAKE | | | 3LB MAITAKE | |
| | 3LB 2 1/2" PORT CAP | | | 6-3.5OZ SHIITAKE W/SAUCE | | | 3LB POM POM | |
| | 3LB 3 1/2" PORT CAP | | | 6-5OZ SHITAKE SLICED | | | 3LB ROYAL TRUMPET | |
| | 3LB 4 1/2" PORT CAP | | | 6-3.5OZ OYSTER | | | 6PK BEECH | |
| | 5LB 2 1/2" PORT CAP | | | 6-6OZ CRIMINI | | | 6PK MAITAKE | |
| | 5LB 3 1/2" PORT CAP | | | 6-8OZ SLICED BABY BELLA | | | 6PK POM POM | |
| | 5LB 4 1/2" PORT CAP | | | 12-8OZ SLICED BABY BELLA | | | 6PK ROYAL TRUMPET | |
| | 5LB 6" PORT CAP | | | 6-6OZ BABY STUFFER CAPS | | | 6PK BEECH/MAITAKE | |
| | | | | | | | 6PK BEECH/MAITAKE/POM POM | |
| | 5LB PORT X-LARGE | | | 6-6OZ SLICED PORTABELLA | | | | |
| | 5LB PORT | | | 6-6OZ PORTABELLA CAPS | | | 4PK STUFFED PORT-CRAB | USE BY |
| | 5LB GENERIC PORT | | | 6-6OZ SLICED/CAP COMBO | | | 4PK STUFFED PORT-B/C | USE BY |
| | 5LB BABY PORT | | | 6PK SLICED PORTS W/SAUCE | | | 6PK STUFFED PORT-COMBO | USE BY |
| | 5LB SLICED PORT | | | 8-6OZ SLICED PORTABELLA | | | | |
| | | | | 8-6OZ PORTABELLA CAPS | | | | |
| | | | | 4-14OZ PORTABELLA CAPS | | | 6-6OZ WHITE BUTTON PETITE | |
| | 3LB WHITE SPECIAL | | | | | | 6-8OZ WHITE SLICED (STEAK CUT) | |
| | 5LB WHITE BUTTON | | | | | | 6-6OZ WHITE STUFFER | |
| | 5LB WHITE MEDIUM | | 800 | 10LB WHITE BUTTON 600 | | | 8-14OZ WHITE | |
| | 5LB WHITE LARGE | | | 10LB WHITE MEDIUM 2400 | | | 8-16OZ WHITE | |
| | 5LB WHITE SLICED | | | 10LB WHT SILVER DOLLAR | | | 10-8OZ WHITE | |
| | | | | 10LB WHITE SLICED | | | 10-12OZ WHITE SLICED | |
| | | | | 10LB FOOD SERVICE | | | 12-8OZ WHITE | |
| | | | | | | | 12-8OZ WHITE SLICED | |

PRODUCT OF USA (unless otherwise indicated)    3000 cases

TRUCK CONDITION  OK ☐

CHECKED BY: X

RECEIVED IN GOOD ORDER BY: X

ALL SHORTAGES OR DISCREPANCIES MUST BE REPORTED WITHIN 24 HRS.

ORDER IN _____   PALLETS OUT  30   PALLETS IN _____   ORDER DELIVERED _____