# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Civil Action No. 1:17-cv-02241 | ) |
| | ) |
| PHILLIPS MUSHROOM FARMS L.P. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| COLORADO MUSHROOM FARM, LLC and | ) |
| BALJIT S. NANDA | ) |
| | ) |
| Defendants. | |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Phillips Mushroom Farms, L.P. (a private non-governmental party) certifies that the following are corporate parents, affiliates, and/ or subsidiaries of said parties which are publicly held:

**None.**

Dated: September 15, 2017              Respectfully submitted,

                                       */s/ Mark A. Amendola*
                                       MARK A. AMENDOLA
                                         O.H. Bar I.D. No. 0042645
                                         Admitted to the District of Colorado
                                       MARTYN AND ASSOCIATES
                                       820 W. Superior Avenue, Tenth Floor
                                       Cleveland, Ohio  44113
                                       Telephone: (216) 861-4700
                                       Facsimile: (216) 861-4703
                                       Email: mamendola@martynlawfirm.com

                                       Attorneys for Plaintiff Phillips Mushroom Farms L.P.